UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY ANTHONY FRANKLIN, | No. C 06-6791 SI (pr) |
| Petitioner, | **ORDER** |
| v. | |
| ROBERT A. HOREL, warden, | |
| Respondent. | |

Petitioner filed a notice of appeal and an application for a certificate of appealability. See 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b). The application for a certificate of appealability is DENIED because petitioner has not demonstrated that "jurists of reason would find it debatable whether the petition states a valid claim of the denial of a constitutional right and that jurists of reason would find it debatable whether the district court was correct in its procedural ruling." Slack v. McDaniel, 529 U.S. 473, 484 (2000). (Docket # 7.) The clerk shall forward to the court of appeals the case file with this order. See United States v. Asrar, 116 F.3d 1268, 1270 (9th Cir. 1997).

Petitioner also filed an application for leave to proceed in forma pauperis. To the extent he is applying to proceed in forma pauperis in the district court, the application is denied as untimely and because he has sufficient funds to pay the $5.00 filing fee. To the extent he is applying to proceed in forma pauperis on appeal, the application is DENIED because petitioner did not comply with Federal Rule of Appellate Procedure 24(a)(1) in that petitioner did not satisfy the requirement that he attach an affidavit that "states the issues that the party intends to

Case 3:06-cv-06791-SI   Document 9   Filed 03/12/07   Page 2 of 2

1  present on appeal." (Docket # 8.)    Petitioner may file a new application in the U.S. Court of
2  Appeals for the Ninth Circuit.  <u>See</u> Fed. R. App. P. 24(a)(5).  Petitioner should not file anything
3  further in the district court in this action unless directed to do so by the Ninth Circuit.
4         IT IS SO ORDERED.
5  DATED: March 12, 2007
                                             _____
6                                            SUSAN ILLSTON
                                             United States District Judge

2